1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>           v.<br><br>JOSE PINEDA, individually and doing business as ABK INCOME TAX & TRAVEL, and ABK INCOME TAX & TRAVEL, INC.<br><br>Defendants.<br><br>           Defendants. | Case No.  8:21-cv-00463-DOC (JDEx)<br><br>JUDGMENT FOR INJUNCTION |

    Pursuant to the Stipulation for Entry of Judgment, and all matters properly made part of the record:

    **IT IS ORDERED** that pursuant to 26 U.S.C. §§ 7402(a) and 7407, and 7408,  Jose Pineda ("Pineda"), individually and doing business as ABK Tax & Travel, is ENJOINED FOR A PERIOD OF 10 YEARS from directly or indirectly:

1. Acting as a federal tax return preparer, or filing, assisting in, or directing the preparation or filing of federal tax returns, amended returns, or other federal tax documents or forms, for others.

2. Representing in any capacity any person or organization whose tax liabilities are under IRS examination or investigation.

3. Owning, operating, managing, controlling, working for, profiting from, or volunteering for any business that provides services relating to the filing or preparation of federal tax returns.

4. Seeking permission or authorization (or helping or soliciting others to seek permission or authorization) to file tax returns with an IRS PTIN and/or IRS EFIN, or other IRS service or program by which one prepares or files tax returns.

5. Using, maintaining, renewing, obtaining, transferring, selling, or assigning any PTIN(s) or EFINs.

6. Engaging in any activity subject to penalty under 26 U.S.C. §§ 6694, 6695, 6700, or 6701, including preparing or assisting in the preparation of a document relating to a matter material to the internal revenue laws that includes a position that he knows would result in the understatement of another person's tax liability.

7. Engaging in any other conduct that is subject to penalty under the Internal Revenue Code or that interferes with the proper administration and enforcement of the internal revenue laws.

8. Obtaining, using, or retaining any other person's SSN, ITIN, EIN, or any other federal tax identification number or federal tax return information in any way for any purpose without that person's express written consent.

**IT IS ORDERED** that pursuant to 26 U.S.C. §§ 7402(a) and 7407, and 7408, ABK Tax & Travel, Inc. ("ABK") is PERMANENTLY ENJOINED from directly or indirectly:

1. Acting as a federal tax return preparer, or filing, assisting in, or directing the preparation or filing of federal tax returns, amended returns, or other federal tax documents or forms, for others.

2. Representing in any capacity any person or organization whose tax liabilities are under IRS examination or investigation.

3. Owning, operating, managing, controlling, working for, profiting from, or volunteering for any business that provides services relating to the filing or preparation of federal tax returns.

4. Seeking permission or authorization (or helping or soliciting others to seek permission or authorization) to file tax returns with an IRS PTIN and/or IRS EFIN, or other IRS service or program by which one prepares or files tax returns.

5. Using, maintaining, renewing, obtaining, transferring, selling, or assigning any PTIN(s) or EFINs.

6. Engaging in any activity subject to penalty under 26 U.S.C. §§ 6694, 6695, 6700, or 6701, including preparing or assisting in the preparation of a document relating to a matter material to the internal revenue laws that includes a position that he knows would result in the understatement of another person's tax liability.

7. Engaging in any other conduct that is subject to penalty under the Internal Revenue Code or that interferes with the proper administration and enforcement of the internal revenue laws.

8. Obtaining, using, or retaining any other person's SSN, ITIN, EIN, or any other federal tax identification number or federal tax return information in any way for any purpose without that person's express written consent.

**IT IS FURTHER ORDERED** that the Court retains jurisdiction to enforce this injunction and the United States may engage in post-judgment discovery to monitor the compliance of Pineda and ABK.

**IT IS FURTHER ORDERED** that ABK and Pineda surrender all existing PTINs and/or EFINs registered in their respective names.

**IT IS FURTHER ORDERED** that this Judgment will be the final judgment in this matter, and ABK and Pineda waive any and all right to appeal from this judgment.

**IT IS FURTHER ORDERED** that if ABK and/or Pineda violate this Judgment, they may be subject to civil and criminal sanctions for contempt of court, including imprisonment.

**IT IS SO ORDERED.**

DATED: July 12, 2022

*David O. Carter*

HONORABLE DAVID O. CARTER
United States District Judge